DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

## STATE v. CHAPMAN

No. 142 PC.

Case below: 29 N.C. App. 185.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 14 July 1976.

## STATE v. HAYES

No. 173 PC.

Case below: 29 N.C. App. 356.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 14 July 1976. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question denied 14 July 1976.

## STATE v. JOHNSON & GOODS

No. 199 PC.

Case below: 29 N.C. App. 616.

Petition by defendants for discretionary review under G.S. 7A-31 denied 14 July 1976.

## STATE v. MALLOY

No. 182 PC.

Case below: 29 N.C. App. 422.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1976.

## STATE v. MONTGOMERY

No. 32.

Case below: 29 N.C. App. 421.

Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 14 July 1976.